UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **Jaclyn Salvatore**, <br><br> Plaintiff, <br><br> vs. <br><br> **Northland Group, Inc. and LVNV Funding, LLC,** <br><br> Defendants. | CA No. 14-220 S |

## Response to Show Cause Order

Now comes the Plaintiff, with the assent of the Defendants, in response to the Show Cause Order in this matter dated July 24, 2015, and request this matter not be dismissed for 30 days. In support of this request, counsel states the parties have settled this matter, they are exchanging settlement documents and they anticipate filing a Notice of Dismissal within 30 days.

Jaclyn Salvatore,
By counsel,

/s/ *John T. Longo*

John T. Longo, Esq.
RI Bar #4928, MA BBO #632387
Citadel Consumer Litigation, P.C.
996 Smith Street, Suite 101
Providence, RI 02908
jtlongo@citadelpc.com
(401) 383-7550
Fax (401) 537-9185

Date:  August 25, 2015

Citadel File #FD 3965

2

## CERTIFICATE OF SERVICE

      I, John T. Longo, certify that this document, filed through the ECF system on 8/25/15, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                    */s/ John T. Longo*
                                    John T. Longo